

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00676-CV

**IN RE** Kristin **KERBOW**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On October 3, 2019, relator filed a petition for writ of mandamus and a motion for emergency stay. Relator's petition violates Texas Rule of Appellate Procedure 9.9 in that the petition, the appendix, and the mandamus record include sensitive data, specifically the birth dates and names of persons who were minors when the underlying suit was filed, and such data has not been redacted. *See* Tex. R. App. P. 9.9.

We therefore ORDER that relator's petition for writ of mandamus and the record are STRICKEN. We further ORDER relator to file an amended petition for writ of mandamus, appendix, and record in compliance with Texas Rule of Appellate Procedure 9.9 **no later than October 14, 2019.**

This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). Therefore, the respondent and real party in interest may file a response to the petition for writ of mandamus in this court **no later than October 24, 2019.**[2] Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion to stay is DENIED.

---

[1] This proceeding arises out of Cause No. 2019-CI-13768, styled *In the Interest of L.J.K-B and L.K.K-B, Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.

[2] Because respondent and the real party in interest have been served with a copy of the petition, this order does not affect the deadline for the filing of any response.

It is so **ORDERED** on October 9, 2019.

**PER CURIAM**

ATTESTED TO:

Luz Estrada
Chief Deputy Clerk